# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JAMES GARY JR** | **CASE NO. 2:24-CV-01171** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INDEMNITY INSURANCE CO OF NORTH AMERICA ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 16] of the Magistrate Judge, recommending that the Motion to Remand [doc. 9] filed by plaintiff be granted.

The Report and Recommendation of the Magistrate Judge having been considered, together with the Defendants' Objections to Report and Recommendations on Remand [doc. 17], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 9] is be **GRANTED** and that this matter be remanded to the state court from which it was removed.

**THUS DONE AND SIGNED** in Chambers on this 24th day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

1